*Bank,* 409 Ill. 285, 288–289, 99 N. E. 2d 14, 15–16; *People* v. *Cosper,* 405 Ill. 543, 92 N. E. 2d 173.

It is not our business—indeed it interferes with the effective use of our time for the conduct of our business—to be excavating records in order to find out whether a federal question somehow or other lurks in a record although counsel, as required by our own Rule, has not called our attention to the place in the record where it is unequivocally set forth. In these circumstances, I see no reason for asking the Supreme Court of Illinois to clarify something that does not call for clarification. This constrains me not to join in the Court's order.

*Jewel Stradford Rogers* for petitioner. *William G. Clark,* Attorney General of Illinois, for respondent.

No. 476. DOUGLAS ET AL. *v.* CALIFORNIA. Certiorari, *ante,* p. 815, to the Supreme Court of California. Motion for appointment of counsel denied.

No. 400. CENTRAL RAILROAD COMPANY OF PENNSYLVANIA *v.* PENNSYLVANIA. Appeal from the Supreme Court of Pennsylvania. Further consideration of the question of jurisdiction is postponed to the hearing of the case on the merits. *Roy J. Keefer* for appellant. *David Stahl,* Attorney General of Pennsylvania, and *George W. Keitel,* Deputy Attorney General, for appellee.

No. 384. COMMISSIONER OF INTERNAL REVENUE *v.* BILDER, EXECUTRIX. C. A. 3d Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Oberdorfer, I. Henry Kutz* and *Joseph Kovner* for petitioner.